OPINION — AG — ** WORKMEN'S COMPENSATION — PRISON GUARDS ** IT IS THE DUTY OF THE STATE BOARD OF PUBLIC AFFAIRS TO INSURE (WITH THE STATE INSURANCE FUND) AGAINST LIABILITY FOR COMPENSATION, UNDER THE WORKMEN'S COMPENSATION ACT, TO STATE EMPLOYEES WORKING AS GUARDS OR ATTENDANTS IN CHARGE OF PERSONS CONFINED IN STATE PENITENTIARIES AND REFORMATORIES UNDER ITS CONTROL. (PRISONS, EMPLOYEES) CITE: 85 O.S. 2 [85-2], 85 O.S. 3 [85-3], 85 O.S. 149 [85-149] [85-149] (RICHARD M. HUFF)